### 774. BARGE *et al. v.* IRWIN.

RUSSELL, J. A verdict for the plaintiff was authorized, under the law and the evidence; but the amount of the jury's finding was greater than authorized by the evidence, there being no evidence to authorize the recovery of exemplary damages. It is, therefore, ordered that the judgment be affirmed, on condition that the defendant in error reduce the judgment in her favor to the sum of $7.32, the actual damages shown. Upon failure to do this the judgment refusing a new trial is

*Reversed.*

Action for damages, from city court of Sandersville—Judge Jordan. August 14, 1907.

Submitted December 17, 1907.—Decided March 30, 1908.

*W. E. Armistead,* for plaintiff in error.

*T. W. Hardwick, A. R. Wright,* contra.